# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINE BENNETT, | : | CIVIL ACTION |
| Petitioner, | | |
| v. | | |
| SUPERINTENDENT KAUFFMAN, et al. | : | No. 17-5130 |
| Respondents. | | |

FILED JUL 13 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**C. DARNELL JONES, II, J.**

AND NOW, this /2th day of July, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
C. DARNELL JONES, II, JUDGE

ENT'D JUL 13 2018